The People of the State of New York, Respondent, v. William Piazza, Appellant.— Judgment of conviction of the County Court of Kings county reversed upon the law and the facts, indictment dismissed and defendant discharged from custody. There is no proof that defendant was in possession of the revolver at the time it was found by the police officers. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

The People of the State of New York, Respondent, v. Sang Yin Chin, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York ex rel. Ethel M. Zerega, Respondent, v. Frank Markvart and Others, Assessors of the Town of Islip for the Year 1929, and Another, Appellants.— Final order vacating and annulling the determination of the assessors with respect to assessment for water reversed upon the law and the facts, with fifty dollars costs and disbursements, certiorari proceeding dismissed and the determination of the assessors reinstated and confirmed. It is our opinion that the relator's real property was not exempt from taxation for the support of the water and fire districts, legally created, within which her premises are situated, simply because there has been no direct service or benefit to her premises from said water and fire districts. Under the County and Town Laws all real property within said districts is liable proportionately for the support and maintenance of said districts and there is no evidence in the proceeding of an inequality, injustice or lack of uniformity in the assessments and no proof to sustain the order. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

Realty Guild, Inc., Appellant, v. Fern Realty Co., Inc., and Others, Defendants, Impleaded with Louis Silk, Receiver, Respondent.— Order as resettled, settling and approving the account of the receiver, affirmed, without costs, respondent having filed no brief. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.